UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GS HOLISTIC, LLC,

                    Plaintiff,

     v.

ONWARD MEDIA LLC, et al.,

                    Defendants.

CASE NO. C23-0400JLR

ORDER

Before the court is Plaintiff GS Holistic, LLC's ("GS Holistic") second motion for an extension of time to perfect service on Defendants Jonathan Stephani and Rahn Burns (together, "Defendants"). (Mot. (Dkt. # 11); *see* 6/15/23 Order (Dkt. # 10) (finding that GS Holistic had not demonstrated good cause for its failure to serve Defendants before the 90-day deadline set forth in Federal Rule of Civil Procedure 4(m) but nevertheless granting a 60-day extension of the service deadline).) The court GRANTS in part GS Holistic's motion.

Federal Rule of Civil Procedure 4 requires a plaintiff to serve the defendant with a

1  summons and a copy of the complaint and sets forth the specific requirements for doing

2  so. *See* Fed. R. Civ. P. 4. Rule 4(m), which provides the timeframe in which service

3  must be effectuated, states in relevant part:

4  > If a defendant is not served within 90 days after the complaint is filed, the
   > court—on motion or on its own after notice to the plaintiff—must dismiss

5  > the action without prejudice against that defendant or order that service be
   > made within a specified time. But if the plaintiff shows good cause for the

6  > failure, the court must extend the time for service for an appropriate period.

7  *Id.*

8      GS Holistic filed this action on March 16, 2023. (Compl. (Dkt. # 1).) As a result,

9  Rule 4(m)'s 90-day deadline for effectuating service of process expired on June 14, 2023.

10 Fed. R. Civ. P. 4(m). On June 15, 2023, the court granted GS Holistic's first motion for a

11 60-day extension of the deadline to serve Defendants Onward Media LLC, Brian Snow,

12 Rahn Burns, and Jonathan Stephani, despite finding that GS Holistic had not

13 demonstrated good cause for its failure to effectuate service before the Rule 4(m)

14 deadline. (6/15/23 Order at 2-3.) The court ordered GS Holistic to file proof of service

15 on these Defendants by no later than August 13, 2023, and warned GS Holistic that

16 (1) failure to do so could result in dismissal without prejudice of its claims against those

17 Defendants and (2) further extensions of the deadline to serve those Defendants would

18 not be granted absent exceptional circumstances. (*Id.* at 2-3.)

19      Since the court issued its June 15, 2023 order, GS Holistic has served Defendants

20 Onward Media LLC and Brian Snow. (*See* Affs. of Service (Dkt. ## 9-10).) GS Holistic

21 has not, however, served Mr. Stephani and Mr. Burns. (*See* Mot.). GS Holistic

22 represents that it provided an address to its process server on July 6, 2023, but it is

1    "having difficulties getting updates from Burke Process Server." (*Id.* ¶¶ 3-4.)  Burke's

2    manager "stated that the services were sent as a priority and was waiting to hear back

3    from the local Process Server." (*Id.* ¶¶ 5-6; *see id.*, Ex. A (email thread between GS

4    Holistic's corporate counsel's staff and its process server).)  GS Holistic now asks the

5    court to extend the Rule 4(m) deadline by an additional 60 days to allow it to perfect

6    service on Defendants "either personally or by publication." (*Id.* ¶ 8.)

7           The court has reviewed the materials that GS Holistic filed in support of its second

8    motion for an extension of time to perfect service and concludes that GS Holistic has not

9    established exceptional circumstances, let alone good cause, that would justify a further

10   extension of time.  (*See* 6/15/23 Order); Fed. R. Civ. P. 4(m).  In particular, the court

11   notes that GS Holistic has not provided any substantiation of its efforts to serve

12   Defendants, such as declarations of non-service.  (*See generally* Mot.)  In addition, GS

13   Holistic says nothing about its efforts to locate other addresses for Defendants.  (*Id.*)

14   This lack of substantiation prevents the court from evaluating the efforts GS Holistic has

15   made to serve Defendants since the court issued its June 15, 2023 order.  Nevertheless,

16   the court will GRANT in part GS Holistic's motion (Dkt. # 11) and extend the deadline

17   for GS Holistic to perfect service on Defendants for an additional **30** days.  GS Holistic

18   shall file proof of service on Defendants by no later than **September 12, 2023**.  This

19   order does not grant GS Holistic leave to serve Defendants by publication or by any other

20   means.  Failure to timely file proof of service will result in the dismissal without

21   //

22   //

ORDER - 3

1   prejudice of GS Holistic's claims against Defendants.  No further extensions of the

2   deadline to serve Defendants will be granted.

3         Dated this 22nd day of August, 2023.

4

5                                            _____

6                                            JAMES L. ROBART
                                             United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 4